

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-20-00120-CV

**IN RE** Brandon **HJELLA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

On March 17, 2020, relator filed a request asking this court to hold in abeyance any determination regarding this original proceeding until he files his reply on or about March 19, 2020. The request is GRANTED and relator's reply is due no later than March 19, 2020.

It is so **ORDERED** on March 17, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI15792, styled *Red McCombs Motors, Ltd. v. Brandon Hjella*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.